# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1114
LT Case No. 1989-CF-6494

_____

BOBBY LEE JOHNSON,

　　Appellant,

　　v.

STATE OF FLORIDA,

　　Appellee.

_____

3.850 appeal from the Circuit Court for Duval County.
Lindsay Tygart, Judge.

Bobby Lee Johnson, Monticello, pro se.

Ashley Moody, Attorney General, and Daren Shippy, Assistant
Attorney General, Tallahassee, for Appellee.


September 26, 2023


PER CURIAM.

　　AFFIRMED.

EDWARDS, C.J., LAMBERT, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____